UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MATTHEW KALE,<br><br>Plaintiff,<br><br>vs.<br><br>AERO SIMULATION INC.,<br><br>Defendant. | 5:22-CV-05081-KES<br><br>ORDER TO ADMIT NONRESIDENT ATTORNEY |

Laura K. Hensley moves to allow nonresident attorney, Holly Griffin Goodman, to participate in all proceedings in the above case. Good cause appearing, it is

ORDERED that Holly Griffin Goodman:

1. Is admitted to participate in all proceedings of this case pursuant to the Rules of Practice of the United States District Court of the District of South Dakota;

2. Will within 20 days of this order complete a South Dakota Tax Application with the South Dakota Department of Revenue and thereafter pay all state sales taxes and other applicable taxes pursuant to the laws of the state of South Dakota.

Dated November 7, 2022

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE