UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW KALE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AERO SIMULATION INC.,<br><br>　　　　　　Defendant. | **5:22-CV-05081-KES**<br><br><br>**JUDGMENT** |

In accordance with the court's order granting Aero Simulation Inc.'s motion to dismiss, it is

ORDERED, ADJUDED, and DECREED that the federal-law claims in the above-captioned action are dismissed without prejudice. It is FURTHER ORDERED that the state-law claims are dismissed without prejudice.

Dated September 26, 2023.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　*/s/ Karen E. Schreier*　　　　　　　　　
　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE